James M. Wicks, Esq.
Aaron E. Zerykier, Esq.
Frank T. Santoro, Esq.
FARRELL FRITZ, P.C.
1320 RexCorp Plaza
Uniondale, NY 11516
*Attorneys for Plaintiffs Petitioners*
Telephone: (516) 227-0700
Facsimile: (516) 227-0777

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                                            :
ROBERT H. GROMAN and HELGA HENSING, as                      :
Co-Executors of the Last Will and Testament of              :

CHRISTO BYRON PAPPAS,                       : Case No. 07-CV-2635 (RPP)
    a/k/a C. BYRON PAPPAS,
    a/k/a CHRIS PAPPAS,                 :
    a/k/a C.B. PAPPAS,
    a/k/a CHRISTO PAPPAS,                : **NOTICE OF MOTION TO REMAND**

            Plaintiffs/Petitioners,   :

            -against-                 :

NICHOLAS COLA,                              :

            Defendant/Respondent.     :

                                            :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Robert Groman, dated August 23, 2007, the firm of Farrell Fritz, P.C., attorneys for Plaintiffs-Petitioners Robert H. Groman and Helga Hensing, as co-executors of the Last Will and Testament of Christo Byron Pappas ("Pappas"), a/k/a C. Byron Pappas, a/k/a Chris Pappas, a/k/a C.B. Pappas a/k/a Christo Pappas, will move this Court before the Hon. Robert P. Patterson at the Courthouse of the United States District Court for the Southern District of New York 500 Pearl Street, New York, New

York for an Order, pursuant to 28 U.S.C. § 1447, remanding this proceeding to the New York County Surrogate's Court and awarding the Estate its costs, including disbursements and attorneys' fees, pursuant to 28 U.S.C. § 1447(c).

The motion will be considered by the Court at a date, time and place to be determined by the Court after the motion has been fully briefed by all parties.

Dated: New York, New York
August 24, 2007

                                **Farrell Fritz, P.C.**

By: _____
James M. Wicks (JM 0828)
Aaron E. Zerykier (AZ 9270)
Frank T. Santoro (FTS 7051)
*Attorneys for Plaintiffs/Petitioners*
1320 RexCorp Plaza
Uniondale, New York 11556-1320
(516) 227-0700

TO: SAUL EWING, LLP
*Attorneys for Defendant/Respondent*
750 College Road East, Suite 100
Princeton, New Jersey 08540
(609) 452-3100
Attention: Michael A. Lampert, Esq.

FFDOCS1:762049.01